# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS -
# HOUSTON DIVISION

| | |
|---|---|
| MARCUS ARAUJO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:13-cv-00999<br><br>JURY TRIAL DEMANDED |

## AGREED FINAL JUDGMENT

Pursuant to the Parties' Joint Motion for Entry of Agreed Judgment, wherein the Parties set forth Defendant's Offer of Judgment, and Plaintiff's individual acceptance of such Offer of Judgment, including that such Offer is not an admission of liability, IT IS HEREBY ORDERED that Marcus Araujo recover judgment from Marriott International, Inc. as follows:

1. $14,623.13 in alleged back wages;
2. $14,623.13 in alleged liquidated wages;
3. $17,500.00 in attorneys' fees.

Marriott International, Inc. is ordered to pay damages and attorney's fees and costs within ten (10) days of the date below. Post-judgment interest will accrue at the legal rate.

This is a final judgment. All relief not expressly granted is hereby denied.

07/10/13
DATE

HONORABLE KEITH P. ELLISON